EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* MARCIAL ROSADO LEBRÓN, acusado y apelante.

*Número:* 17448    *Resuelto:* 15 de noviembre de 1962

*José Manuel Ramos,* abogado de oficio del apelante; *J. B. Fernández Badillo, Procurador General,* y *Jorge Segarra Olivero, Procurador General Auxiliar,* abogados de El Pueblo.

Sala integrada por el Juez Asociado Señor Pérez Pimentel como Presidente de Sala y los Jueces Asociados Señores Rigau y Dávila.

PER CURIAM: El apelante, luego de renunciar al jurado, fue juzgado y convicto por tribunal de derecho y sentenciado a cumplir de 3 a 6 años de presidio por el delito de Incendio Malicioso en Segundo Grado, consistente en que el día 3 de noviembre de 1959 pegó fuego o incendió una casa propiedad de Cándida Ramos Dávila sita en la municipalidad de Maunabo, Puerto Rico.

Los errores que señala en apelación son frívolos. Nada hay en el récord que demuestre que los testigos Mariana Villares y su esposo Cándido Ramos Dávila hicieran el día del juicio manifestaciones contradictorias a las que anteriormente habían hecho al fiscal, aunque tal hecho, de haber ocurrido no hacía inadmisibles sus testimonios.

Nada hay tampoco en el récord para sustanciar la alegación respecto a cierta resolución del Juez Superior calificando el delito cometido por el acusado como uno de daños maliciosos.

Hemos leído cuidadosamente la transcripción de evidencia y estamos convencidos de que la prueba era suficiente para condenar al acusado y de que durante el juicio no se cometió error alguno perjudicial al acusado.

*La sentencia apelada será confirmada.*